**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 24-1980**

―――――――――

MATTHEW JONES,

   Plaintiff - Appellant,

  v.

SOUTH CAROLINA STATE POLICE; MYRTLE BEACH POLICE,

   Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the District of South Carolina, at Florence. Sherri A. Lydon, District Judge. (4:23-cv-06265-SAL)

―――――――――

Submitted: December 5, 2024       Decided: December 9, 2024

―――――――――

Before GREGORY and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Matthew Jones, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Jones appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Jones's 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and discern no reversible error. Accordingly, we decline Jones's request for relief from judgment and affirm the district court's order. *Jones v. South Carolina State Police*, No. 4:23-cv-06265-SAL (D.S.C. Sept. 5, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*